# IN THE SUPREME COURT OF THE STATE OF NEVADA

FARMERS INSURANCE EXCHANGE,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE KENNETH C.
CORY, DISTRICT JUDGE,
Respondents,
and
SANDY HERRERA,
Real Party in Interest.

No. 80259

FILED

JAN 23 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION*

This original petition for a writ of mandamus or prohibition challenges a district court order denying a motion for partial summary judgment and granting a countermotion for partial summary judgment. Having considered the petition and supporting documentation, we are not persuaded that our extraordinary and discretionary intervention is warranted at this time. *See Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). In particular, we are not persuaded that an appeal from an adverse final judgment would fail to provide petitioner with an adequate legal remedy. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004) (observing that the party seeking writ relief bears the burden of showing

20-03286

such relief is warranted and that the right to appeal is an adequate legal remedy that may preclude writ relief). Accordingly, we

ORDER the petition DENIED.[1]

_____, C.J.
Pickering

_____, J.
Gibbons

_____, Sr. J.
Douglas

cc: Hon. Kenneth C. Cory, District Judge
The Feldman Firm, P.C.
Ganz & Hauf/Las Vegas
Eighth District Court Clerk

---

[1]In light of this order, we deny petitioner's motion for stay as moot.

The Honorable Michael Douglas, Senior Justice, participated in the decision of this matter under a general order of assignment.